# MINUTE ORDER

Page 8

## Magistrate Judge Jared M. Strauss

Atkins Building Courthouse 9th Floor        Date: 3/11/2024    Time: 1:30 p.m.

Defendant: Bayron Bennett        J#: 03683-511        Case #: 24-2460-MJ-REID (SEALED)
AUSA: Ignacio Vasquez        Attorney: Dennis Gonzalez, Jr.
Violation: Racketeering        Surr/Arrest Date: 3/11/24    YOB: 1991

Proceeding: Initial Appearance        CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No        Recommended Bond:
Bond Set at:        Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Motion to Unseal **GRANTED**
Rights given – Counsel files TEMPORARY Notice of Appearance
The Court ACCEPTS the parties **STIPULATION** to Pretrial Detention, with the right to revisit – **NO HEARING HELD**
The Court **GRANTS** the ore tenus motion to extend the arraignment date for 3 weeks

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:
*Report RE Counsel:*    4/1/24    10:00    *Miami Duty*
PTD/Bond Hearing:
*Prelim/Arraign:*    4/1/24    10:00    *Miami Duty*
Status Conference RE:
D.A.R. 13;44:53; 14:42:04        Time in Court: 12

s/Jared M. Strauss        Magistrate Judge